IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLETTA A. THOMAS-BRADY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 11-2281 |
| | : | |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY MUTUAL GROUP, INC.** | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this 9th day of December, 2011, upon consideration of Defendants' "Motion to Dismiss for Improper Venue Pursuant to F.R.C.P. 12(b)(3)" (Doc. No. 9), Plaintiff's response in opposition, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motion is **GRANTED**, such that:

– Plaintiff's complaint is **DISMISSED**;

– The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**